OPINION — AG — **** LEGISLATORS — EXECUTIVE AGENCIES — MEMBERSHIP **** TITLE 74 O.S. 1968 Supp., 1304 [74-1304], IS UNCONSTITUTIONAL INSOFAR AS IT PROVIDES FOR THE CHAIRMAN OF THE INSURANCE COMMITTEE OF THE HOUSE OF REPRESENTATIVES OF THE STATE OF OKLAHOMA AND THE CHAIRMAN OF THE BUSINESS, INDUSTRY AND LABOR RELATIONS COMMITTEE OF THE SENATE OF THE STATE OF OKLAHOMA TO SERVE AS MEMBERS OF THE STATE EMPLOYEES GROUP HEALTH BOARD. CITE: 74 O.S. 1967 Supp., 1306 [74-1306] REID ROBISON